UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**BENJAMIN M. DEL CAMPO, S.A. de C.V.,**
**HARLEY-DAVIDSON SATELITE, S.A. de C.V.,**
**HARLEY-DAVIDSON PUEBLA, S.A. de C.V.,**
**HARLEY-DAVIDSON SANTA FE, S.A. de C.V.,**
**HARLEY-DAVIDSON LEON, S.A. de C.V.,**
**HARLEY-DAVIDSON JALISCO, S.A. de C.V.,**
**HARLEY-DAVIDSON LOS CABOS, S.A. de C.V.,**
**MOTOCICLETAS DE MILWAUKEE, S.A. de C.V.,**
**HARLEY-DAVIDSON VERACRUZ, S.A. de C.V.,**
**INVERSIONES JJJ, S.A. de C.V.,**

      **Plaintiffs,**

  **V.**                                                            Case No. **06-C-572**

**HARLEY-DAVIDSON MOTOR COMPANY,**

      **Defendant.**

---

## ORDER DISMISSING CASE

---

        The above-entitled action is hereby DISMISSED WITH PREJUDICE upon motion of the plaintiffs.

        Dated at Milwaukee, Wisconsin, this 27th day of March, 2007.

                                                  SO ORDERED,

                                                  s/ Rudolph T. Randa
                                                  HON. RUDOLPH T. RANDA
                                                  Chief Judge